FILED
CLERK, U.S. DISTRICT COURT

JAN 13 2010

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WRITERS GUILD OF AMERICA, WEST, INC., | No. CV 09-1081 CBM (RZx) |
| Petitioner, | |
| v. | JUDGMENT |
| FILM ENGINE PRODUCTIONS, INC., | |
| Respondent. | |

In accordance with Federal Rule of Civil Procedure 58, and consistent with the Court's Order granting Petitioner Writers Guild of America, West, Inc.'s "Motion for Order Confirming the Arbitrator's Findings and Conclusions and Final Award and for Entry of Judgment in Conformity Therewith," IT IS ORDERED AND ADJUDGED that judgment be entered in favor of Petitioner Writers Guild of America, West, Inc. as follows:

1. The Arbitrator's Opinion and Award ("Award") issued by Arbitrator Thomas Christopher, dated March 31, 2008, is confirmed in all respects.
2. Film Engine Productions, Inc. ("Film Engine") is ordered to pay to Writers Guild of America, West, Inc. ("Writers Guild") on behalf of Charles Hansen MBA minimum compensation for the Original

      Treatment in the amount of Seventeen Thousand Four-Hundred Seventy-Four Dollars ($17,474.00) plus interest, which began to accrue on June 8, 2005, and continues to accrue at the rate of one and one-half percent (1.5%) per month until the compensation is fully paid.

3. Film Engine is ordered to pay to Writers Guild on behalf of Charles Hansen contributions to the Writers' Guild-Industry Health Fund ("Health Fund") and the Producers-Writers Guild of America Pension Plan ("Pension Plan") on the compensation owed to Hansen for the Original Treatment ($17,474.00) in the amount of Two Thousand Five-Hundred Thirty-Three Dollars ($2,533.00), plus interest, which began to accrue on June 8, 2005, and continues to accrue at the rate of .83% per month until the contributions are fully paid.

4. Film Engine is ordered to pay to Writers Guild on behalf of Charles Hansen the balance of MBA minimum compensation for the Guaranteed First Draft Screenplay in the amount of Eleven Thousand Two-Hundred Seven Dollars ($11,207.00) plus interest, which began to accrue on September 15, 2005, and continues to accrue at the rate of one and one-half percent (1.5%) per month until the compensation is fully paid.

5. Film Engine is ordered to pay to Writers Guild on behalf of Charles Hansen contributions to the Health Fund and Pension Plan on the compensation paid and owed to Hansen for the Guaranteed First Draft Screenplay ($21,207.00) in the amount of Three Thousand Seventy-Five Dollars ($3,075.00), plus interest, which began to accrue on September 15, 2005, and continues to accrue at the rate of .83% per month until the contributions are fully paid.

6. Film Engine is ordered to pay to Writers Guild its half share of the Arbitrator's fee, in the amount of One Thousand, Five Hundred Dollars ($1,500.00).

7. Film Engine is ordered to pay to Writers Guild attorney's fees in the amount of $1,200.00 and costs in the amount of $350.00.

IT IS SO ORDERED.

DATED: January 13, 2010      By _____
                                                          CONSUELO B. MARSHALL
                                                          UNITED STATES DISTRICT JUDGE